IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Rural Development,

CIVIL NO. 97-2105 JAF

Plaintiff

vs.

MARÍA SOCORRO RODRÍGUEZ
BARRIOS a/k/a MARIA S.
RODRIGUEZ BARRIOS

ACTION FOR

FORECLOSURE OF MORTGAGE

Defendants

ORDER OF EVICTION

WHEREAS: As upon the foreclosure of the Mortgage executed in favor of Rural Development an agency and instrumentality of the United States of America, Special Master appointed here in at a public sale held on august 25, 1999, sold to Harry Acosta Rivera, the premises described as follows:

---**URBANA**: Solar marcado con el número J guión quince (J-15) de la Urbanización Alturas de Yauco del término municipal de Yauco, Puerto Rico, con una area superficial de **TRESCIENTOS NOVENTA Y OCHO METROS CUADRADOS CON SETENTA Y SIETE DECIMAS DE METRO CUADRADO (398.77 m/c)**. En lindes por el **NORTE**, con dos alineaciones continuas, la primera de una distancia curva de cinco punto cincuenta (5.50 m.) metros y en una distancia recta de once punto cincuenta (11.50 m.) metros con la calle número seis (6), por el **SUR**: en distancia de quince metros (15.00 m.) con terrenos propiedad de Carlos Claudio; por el **ESTE**, en una distancia de Veintiseis punto setentiseis metros (26.76 m) con el solar número catorce (14) y por el **OESTE**, en distancia de veintitrés punto veintiseis (23.26 m.) con la calle número diez (10).---

---En dicho solar enclava una estructura construida de hormigón y bloques de hormigón, destinada a vivienda familiar.---

---Inscrita al folio ciento setenta y uno (171) del tomo Trescientos treinta (330) de Yauco, finca número Once mil setecientos veintiseis (11,726), inscripción primera, Registro de la Propiedad de Ponce,



Order of Eviction                  -2-                    97-2105 (JAF)


Sección segunda.---------------------------------------------------------

    WHEREAS:  Said sale was confirmed by order of this court.

    WHEREAS:  Having complied with all the requirements of law the Purchaser Arquelio Acosta Oliveras is entitled to have possesión of said property.

    WHEREFORE: It is orderd by this Court that the U.S. Marshall proceed to evict the occupant(s) of said property sold; and that the U.S. Marshall are authorize if necessary to use whatever means are needed to gain entry to the property including removing locks doors and windows, in order to gain acess to said property.

    In San Juan, Puerto Rico, this 30th of september 1999.

                                         UNITED STATES DISTRICT JUDGE