## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



RECEIVED & FILED
00 FEB -4 PM 3:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,

    VS.                                         CIVIL NO. __97-2105__ (JAF)

MARIA SOCORRO RODRIGUEZ
BARRIOS, A/K/A MARIA S.
RODRIGUEZ BARRIOS

---

### DESCRIPTION OF MOTION

DATE FILED: 11/3/99   DOCKET: 15   TITLE: MOTION TO SET ASIDE SALE.

[X] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

__X__ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

**OTHER:**

---

February 2, 2000
DATE

_____
JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE