UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

00 FEB -4 PM 3: 40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,
(Rural Development)

      Plaintiff

        v.

MARIA SOCORRO RODRIGUEZ
BARRIOS a/k/a MARIA S.
RODRIGUEZ BARRIOS

      Defendant

CIVIL NO. 97-2105 (JAF)

FORECLOSURE OF MORTGAGE

## ORDER FOR EXECUTION OF JUDGMENT

Upon motion filed by plaintiff herein, and it appearing from the records of this Court in the above mentioned case that the defendant referred to in the judgment entered by this Court was duly summoned and said defendant has failed to pay to the plaintiff the sums of money adjudged to be paid under said judgment:

And it appearing further that more than ten (10) days have elapsed from the entry of Judgment:

NOW, THEREFORE, the Court hereby orders the United States Marshal for this District to proceed forthwith and to sell at public auction to the highest bidder, the property referred to in said judgment and described herein below in the manner and form provided in said judgment and as herein further provided:

> URBANA: Solar marcado con el número J guión quince (J15) de la Urbanización Alturas de Yauco del término municipal de Yauco, Puerto Rico, con una área superficial de TRESCIENTOS NOVENTA Y OCHO METROS CUADRADOS CON SETENTA Y SIETE DECIMAS DE METRO CUADRADO (398.77 m/c).

USA v. María Socorro Rodríguez Barrios
a/k/a María S. Rodríguez Barrios
Civil No. 97-2105 (JAF)
Page 2

> En lindes por el NORTE:  con dos alineaciones
> continuas, la primera en una distancia curva
> de cinco punto cincuenta (5.50 m.) metros y en
> una distancia recta de once punto cincuenta
> (11.50 m.) metros con la Calle #6, por el SUR:
> en distancia de quince metros (15.00 M.) con
> terrenos propiedad de Carlos Claudio, por el
> ESTE, en distancia de veintiseis punto
> setentiseis metros (26.76 m.) con el solar
> número catorce (14) y por el OESTE en
> distancia de veintitrés punto veintiseis
> (23.26 m.) con la calle número diez (10).
>
> En dicho solar enclava una estructura
> construida de hormigón y bloques de hormigón,
> destinada a vivienda familiar.

Plaintiff's mortgage is recorded at page 171, volume 330 of Yauco, property #11726, 1st inscription at the Registry of the Property of Ponce, Section II, Puerto Rico.

a)  Said public sale shall be had at the office of the Marshal for Superior Court of Puerto Rico, Ponce Part, in accordance with 28 U.S.C. 2001.

b)  Notice of Sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper of general circulation in accordance with 28 U.S.C. 2002.

c)  The amount of $47,460.00 shall serve as the minimum bid for the first public sale.  Should the first public sale fail to procure an award or adjudication, two-thirds of the aforementioned amount shall serve as the minimum bid for the second sale.  Should there be no award or adjudication at the second

USA v. María Socorro Rodríguez Barrios
a/k/a María S. Rodríguez Barrios
Civil No. 97-2105 (JAF)
Page 3

public sale, the basis for the third sale shall be one-half of the amount specified as the minimum bid for the first public sale. Should there be no award or adjudication in this public sale the same may be awarded to the creditor for the entire amount of the debt if this is equal to or less than the amount of the minimum bid of the third auction, and crediting this amount to the amount owed if it is more.

d)  The United States Marshal shall not accept in payment of the property to be sold anything but United States currency or certified checks in his name, except in case the property is sold and adjudicated to the plaintiff, in which case the amount of the bid made by said plaintiff shall be credited and deducted from its credit; said plaintiff being bound to pay in cash or certified check only any excess of its bid over the secured indebtedness when remaining unsatisfied.

e)  All junior lienholders shall pay in cash or in certified check the total amount of previous liens, and any sum in excess of said previous liens shall be credited to their respective liens.

f)  The United States Marshal may, either personally or by some person designated by him to act in his name and his authority, adjourn the sale from time to time, without further publication, but only by order of this Court.

USA v. María Socorro Rodríguez Barrios
a/k/a María S. Rodríguez Barrios
Civil No. 97-2105 (JAF)
Page 4

g)  Upon the confirmation of said sale by this Court the United States Marshal shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

h)  The purchaser shall be entitled to the delivery of the property sold and its physical possession and the United States Marshal may deliver said possession through the eviction of the occupant of the property without the need of any further order, in accordance with law.

i)  The Property Registrar of the corresponding Property Registry of Puerto Rico shall proceed to the recording of the judicial sale deed in favor of the purchaser, free of any liens subsequent to the date of the execution of the foreclosed mortgage.

SO ORDERED in San Juan, Puerto Rico, this 2nd day of February 2000.

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE