# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



United States of America

v

Maria Socorro Rodriguez-Barrios

CIVIL CASE:   97-2105 (JAF)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE FILED:  9/18/00 | DOCKET #: 23 | TITLE:   MOTION by USA \|for Disbursement of Funds\| |

### O-R-D-E-R

*Granted.*

10/3/2000
DATE

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE

Finance
10/4/00